Christopher P. Craven (admitted *pro hac vice*)
chris.craven@hnbllc.com
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146

Karie N. Wilson
kwilson@alversontaylor.com
ALVERSON, TAYLOR, MORTENSON & SANDERS
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
Telephone: (702) 384-7000
Facsimile: (702) 385-7000

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK INCANDELLA,<br><br>Defendant. | Case No. 2:14-cv-202-LDG-PAL<br><br>**EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT FRANK INCANDELLA** |

CAME ON FOR CONSIDERATION DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC's (collectively "DISH Network") Emergency Motion for Extension of Time to Serve Process on Defendant Frank Incandella. And, after considering said motion as well as the supporting affidavit, the Court finds that DISH Network may have an additional 90 days in order to effectuate service of process upon Defendant Frank Incandella.

1

1  Therefore, the Court GRANTS DISH Network's motion and provides an additional 90 days
2  in order to serve Defendant Frank Incandella.

4  DATED: June 9, 2014

   _____
   Peggy A. Leen
   United States Magistrate Judge